# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2019

*The Court of Appeals hereby passes the following order:*

## A20I0093. MCKESSON CORPORATION et al. v. JOSEPH POPPELL et al.

McKesson Corporation, JM Smith Corporation, and Cardinal Health, Inc. (collectively, "the defendants") filed motions to dismiss a complaint alleging claims under Georgia's Drug Dealer Liability Act. See OCGA § 51-1-46. The defendants argued, among other things, that the act was unconstitutional. The trial court found the Act to be constitutionally sound and denied the motions to dismiss. The defendants seek interlocutory review of this ruling.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II. Because defendants raised a constitutional challenge, which the trial court expressly ruled upon, jurisdiction over this application appears to lie in the Supreme Court.

Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __11/04/2019__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*